UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

James R. Bailey, et. al.

Plaintiffs,

Civ. File No. 01-294 (PAM/AJB)

v.

**ORDER**

Current and Previous Warden of the Federal Corrections Institution at Sandstone, Minnesota, et. al.,

Defendants.

---

This matter is before the Court on Plaintiffs' request for an extension of time until April 20, 2001, in which to object to the Report and Recommendation of Magistrate Judge Arthur J. Boylan dated March 8, 2001.

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff must file any objections to the Report and Recommendation of Magistrate Judge Arthur J. Boylan by April 13, 2001.

Dated: Mar 24, 2001

Paul A. Magnuson
United States District Court Judge

FILED MAR 26 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK