# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

James R. Bailey, et. al.

Plaintiff

v.

Current and Previous Warden of the Federal Corrections Institution at Sandstone Minnesota, et. al.,

Defendants

Case No. Civil 01-294 PAM/AJB

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** Plaintiff's application to proceed without prepayment of fees is denied. Plaintiff's motion seeking an injunction is denied. This action is summarily dismissed. Plaintiff be required to pay the unpaid balance of the $150 court filing fee. This action be dismissed on the grounds that it is frivolous, malicious or fails to state a claim on which relief may be granted. Plaintiff's motion to amend pleadings and caption be denied as moot.

DATE: April 26, 2001

FRANCIS E. DOSAL, CLERK

Victoria Moralez, Deputy Clerk